■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAMON V. SEBASTIAN, Appellant, v WARDEN, Respondent.—Appeal from the judgment, Supreme Court, Bronx County, entered on August 16, 1978, unanimously dismissed as moot. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Fein, J. P., Sullivan, Ross, Silverman and Lynch, JJ.